NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICARDO J. CALDERON LOPEZ, dba Starlight Consulting Services, dba Starlight Entertainment Enterprises, Inc., dba Starlight Music Management, Inc.,**
*Plaintiff-Appellant*

**v.**

**STATE OF CALIFORNIA, LOS ANGELES COUNTY REGISTRAR RECORDER OFFICE, OFFICE OF THE SECRETARY OF STATE, FRANCHISE TAX BOARD, COMMONWEALTH OF PUERTO RICO, Office of the Secretary of State,**
*Defendants-Appellees*

---

2026-1555

---

Appeal from the United States District Court for the District of Columbia in No. 1:19-cv-01139-UNA.

---

PER CURIAM.

### O R D E R

Ricardo J. Calderon Lopez's appeal from the district court's 2019 judgment follows an identical appeal this court dismissed as untimely years ago.  *See Calderon Lopez v.*

2                                CALDERON LOPEZ v. STATE OF CALIFORNIA

*California*, No. 2024-2133 (Fed. Cir. Aug. 22, 2024).[1]  This appeal is clearly untimely and frivolous.

Accordingly,

IT IS ORDERED THAT:

(1)  The appeal is dismissed.

(2)  Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

May 4, 2026
Date

---

[1]    Mr. Calderon Lopez first appealed the judgment to the United States Court of Appeals for the District of Columbia Circuit, which dismissed for failure to prosecute on October 17, 2019.